

FILED
OCT 25 2013
Clerk, U.S District Court
District Of Montana
Butte

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| WILLIAM NEAL SMITH,<br><br>                Plaintiff,<br><br>vs.<br><br>U.S. GOVERNMENT,<br><br>                Defendant. | CV 13-124-BLG-SEH<br><br>**ORDER** |

United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendations in this matter on October 7, 2013.[1] Plaintiff filed objections on October 10, 2013.[2] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Ostby's Findings and Recommendations and adopt them in full.

---

[1] Doc. 4.

[2] Doc. 5.

ORDERED:

1. Plaintiff's Motion to Proceed *in Forma Pauperis*[3] is DENIED.

2. Plaintiff's Complaint is DISMISSED with prejudice as frivolous.

3. The Clerk is directed to enter judgment accordingly.

DATED this 25th day of October, 2013.

SAM E. HADDON
United States District Judge

---

[3] Doc 1.